

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Chad Isaiah Fernandes, Appellant

No. 06-24-00187-CR     v.

The State of Texas, Appellee

Appeal from the 485th District Court of Tarrant County, Texas (Tr. Ct. No. 1696623). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice Rambin.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant, Chad Isaiah Fernandes, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JUNE 13, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk